1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9  Colleen Powell,                    )    No. CV-09-2662-PHX-LOA
                                      )
10                    Plaintiff,       )    **NOTICE OF ASSIGNMENT**
                                      )    **AND ORDER**
11  vs.                               )
                                      )
12                                     )
    City of Apache Junction, a municipal)
13  corporation; Seth Painter and Jane Doe)
    Painter, husband and wife; Eric Reiman)
14  and Jane Doe Reiman, husband and wife;)
    Mary Ann Coyne and John Doe Coyne,)
15  wife and husband,                  )
                                      )
16                    Defendants.      )
                                      )
17  _____)

18

19          Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective

20  December 1, 2009, civil cases are, and will be, randomly assigned to a United States district

21  judge or to a United States magistrate judge. This matter has been assigned to the

    undersigned United States Magistrate Judge.

22
          As a result of the aforesaid Local Rule and assignment, if all parties consent

23  in writing, the case will remain with the assigned Magistrate Judge pursuant to Title 28

24  U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party

25  chooses the district judge option, the case will be randomly reassigned to a U.S. district

26  judge.  To either consent  to the assigned Magistrate Judge or to elect to have the case heard

27  before a district judge, the appropriate section of the form, entitled Consent To Exercise Of

28

1   Jurisdiction By United States Magistrate Judge, must be completed, signed and filed. The

2   party filing the case or removing it to this District Court is responsible for serving all parties

3   with the consent forms. Each party must file a completed consent form and certificate of

4   service with the Clerk of the Court no later than 20 days after entry of appearance or as

5   otherwise directed by the Court, and shall serve a copy upon all other parties of record in the

6   case.[1]

7           Any party is free to withhold consent to magistrate-judge jurisdiction without

8   adverse substantive consequences. Title 28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.;

9   *Anderson v. Woodcreek Venture Ltd.*, 351 F.3d 911, 914 (9th Cir. 2003) (pointing out that

10  consent is the "touchstone of magistrate judge jurisdiction" under Title 28 U.S.C. §636(c)).

11  "A party to a federal civil case has, subject to some exceptions, a constitutional right to

12  proceed before an Article III judge." *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993) (citing

13  *Pacemaker Diagnostic Clinic of Am., Inc. v. Instromedix, Inc*., 725 F.2d 537, 541 (9th Cir.

14  1984) (*en banc*)).

15          A review of the District Court's docket reflects that the Complaint was filed

16  on December 22, 2009.  (docket # 1)  Plaintiff shall have until and including **Wednesday,**

17  **January 6, 2010** within which to make her selection to either voluntarily consent to

18  magistrate-judge jurisdiction or elect to have the case assigned to a United States district

19  judge.

20          Accordingly,

21          **IT IS ORDERED** that Plaintiff shall file her written election to either

22  consent to magistrate-judge jurisdiction or elect to proceed before a United States district

23  judge on or before **Wednesday, January 6, 2010**.

24  _____

25          [1] The consent/election form was or will be electronically provided to Plaintiff's
    counsel by the Clerk. One may also find the consent/election form on the District's web site,
26  click on "Local Rules" at the top of the page, then click on "Forms" on the left side of the
    page and then click on and print the appropriate form. Consent/election forms are not to be
27  e-filed. Consent/election forms are to be filed in paper form with the Clerk's Office. ECF
28  Policies and Procedure Manual, II, ¶ N at p.24.

**IT IS FURTHER ORDERED** that Defendants shall file their written elections to either consent to magistrate-judge jurisdiction or elect to have this case assigned to a United States district judge within 14 days of its appearance herein or as otherwise directed by the Court.

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona.  The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/.

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall use the above caption, number and initials until further order of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall use proper capitalization in all future captions as mandated by LRCiv 7.1(a)(3).

DATED this 23rd day of December, 2009.

Lawrence O. Anderson
United States Magistrate Judge

- 3 -